IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SABINA VIDUNAS,<br><br>　　　　　Plaintiff,<br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY J.F. O'REILLY,<br><br>　　　　　Defendant. | CIVIL ACTION NO.   13-1746 |

**ORDER**

AND NOW, this 26th day of November, 2018, the court having been advised that defendant Anthony J.F. O'Reilly was adjudged a bankrupt in the Supreme Court Commercial Division of the Bahamas and filed a Petition for Recognition of a Foreign Proceeding in the United States Bankruptcy Court for the Western District of Pennsylvania at case no. 18-24564, HEREBY ORDERS the above-captioned case stayed and administratively closed; and

IT IS FURTHER ORDERED that nothing contained in this order shall be considered a dismissal or disposition of this matter, should further proceedings in it become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered.

　　　　　　　　　　　　　　　　　　　　　/s/ Joy Flowers Conti
　　　　　　　　　　　　　　　　　　　　　Joy Flowers Conti
　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge